**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-7934**

───────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DARRELL L. PADGETT,

                              Defendant - Appellant.

───────────

Appeal from the United States District Court for the Southern
District of West Virginia, at Bluefield.  Elizabeth V. Hallanan,
Senior District Judge.  (CR-91-166, CA-01-4)

───────────

Submitted:  April 28, 2003            Decided:  May 22, 2003

───────────

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Darrell L. Padgett, Appellant Pro Se.  Michael Lee Keller, OFFICE
OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for
Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Darrell L. Padgett appeals from the district court's order on remand finding that Padgett failed to show excusable neglect or good cause sufficient to excuse his untimely filed notice of appeal. However, in our opinion ordering the limited remand, we stated that the remand was for the purpose of supplementing the record on appeal, the merits of which would be decided after the district court made its determination. Since we retained jurisdiction over the case while the district court considered the limited issue on remand, the district court's order on remand is unappealable. The proper forum for Padgett to pursue his claim that the district court erred is in the original appeal, where, in fact, the identical issues have already been raised. Accordingly, we dismiss the appeal and deny Padgett's motion to transmit the docket sheet. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2